The People of the State of Illinois, defendant in error, v. Julius Reznik, plaintiff in error. Gen. No. 37,534.

Opinion filed November 5, 1934.

Cameron Latter and Maurice L. Davis, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll and Henry E. Seyfarth, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Henry Loeding, appellant, v. East Brothers Coal Company, appellee. Gen. No. 37,559.

Opinion filed November 5, 1934.

Meyer Shapiro, for appellant. Altheimer, Mayer, Woods & Smith, for appellee; Roy C. Woods and Charles H. Blumenfeld, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Lawrence Ahrens, defendant in error, v. City of Chicago, plaintiff in error. Gen. No. 37,322.

Opinion filed November 5, 1934.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for plaintiff in error; Quin O'Brien and James J. Danaher, Assistant Corporation Counsel, of counsel. Joseph D. Ryan and Louis P. Miller, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

St. Theresa's Society, Group No. 20, Free Polish Women in the Land of Washington, appellee, v. Franciszka Kasperski et al., appellants. Gen. No. 37,476.

Opinion filed November 5, 1934. Rehearing denied November 19, 1934.

Thaddeus C. Toudor, for appellants; Alec E. Weinrob and Joseph Barbera, of counsel. Thomas E. Kluczynski, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

James A. Fitzsimmons, appellant, v. Peoria Cartage Company, Inc., appellee. Gen. No. 37,519.